IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re DOUGLAS L. RISKAS,         No C-14-2961 TEH (PR)

        Plaintiff.

                                                      ORDER OF DISMISSAL

_____/

      In a notice dated June 26, 2014, the Clerk of the Court directed Plaintiff to complete a civil rights complaint form and an in forma pauperis (IFP) application, and told him that he must complete these documents within twenty-eight days or his action would be dismissed. More than twenty-eight days have passed, and Plaintiff has not filed the necessary documents. Accordingly, this action is DISMISSED WITHOUT PREJUDICE.

      The Court notes that in a letter filed July 21, 2014, Plaintiff notified the Court that he would like to pursue the action once he has exhausted administrative remedies and asked for guidance on how to do so. Plaintiff is advised that once he has exhausted administrative remedies, he may file a new action using the Court's civil rights complaint form. He need not reference the civil case number used in this action. Rather, a new number will be assigned. Plaintiff is further advised that in order to open a new action, he must either pay the $400 filing fee or file an IFP application.

1   The Clerk shall close the file and send Plaintiff a blank
2   civil rights complaint form as well as a prisoner's IFP application.
3
4   IT IS SO ORDERED.
5
6   DATED    _08/12/2014_                 _____
                                          THELTON E. HENDERSON
7                                         United States District Judge

G:\PRO-SE\TEH\CR.14\Riskas 14-2961 Dismiss.wpd